

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-12-01090-CV

Trial Court Cause
Number: 1137680

Style: Eugene V. McMahon

**v** Marcia Zimmerman, Individually, and the Zimmerman Law Firm, LLP

Date motion filed*: 8/14/2013

Type of motion: Appellants's Second Motion for Extension of Time to Refile Brief to Cure Procedural Defects in Civil Case

Party filing motion: Eugene McMahon

Document to be filed: Appellant's amended brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date: 8/13/2013

    Number of previous extensions granted: 1

    Date Requested: No specific date requested - instead requested "sufficient time" to allow filing of supplemental Clerk's Record and amend brief.

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: <u>File amended brief by October 2, 2013 or 10 days after supplemental record is received, whichever is sooner.</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Harvey Brown
        ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: September 6, 2013